**WILLIAM G. EARLE, OSB No. 831859**
Email: wearle@davisrothwell.com
**DARREN C. BEATTY, OSB No. 100748**
Email: dbeatty@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 Southwest Market Street, Suite 1800
Portland, Oregon 97201-5745
Telephone: 503. 222.4422
Facsimile:  503. 222.4428

**Of Attorneys for Defendant American Insurance Company**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HOUSING NORTHWEST, INCORPORATED,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**AMERICAN INSURANCE COMPANY,** and **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**<br><br>　　　　　　　　　Defendants. | Case No. 3:19-CV-00253-SB<br><br>**DEFENDANT AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED ON TWO-YEAR CONTRACTUAL LIMITATION PROVISION**<br><br>**ORAL ARGUMENT REQUESTED** |

　　Defendant American Insurance Company moves the Court for an order granting summary judgment in its favor, and against plaintiff Housing Northwest, Incorporated, based upon the two-year contractual limitation provision contained in defendant American Insurance Company's Commercial Property Policy.

/ / /

/ / /

/ / /

Page 1   **DEFENDANT AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED ON TWO-YEAR CONTRACTUAL LIMITATION PROVISION**
L:\13\HOUSING NORTHWEST\Pld\Federal Court\MSJ\Motion Summary Judgment.docx

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422   F (503) 222-4428

In support of this motion, defendant relies upon its memorandum in support and declaration of Darren C. Beatty.

DATED this 31st day of May, 2019.

                                      DAVIS ROTHWELL
                                      EARLE & XÓCHIHUA P.C.

                                      */s/ Darren C. Beatty*
                                      _____
                                      William G. Earle, OSB No. 831859
                                      Email: wearle@davisrothwell.com
                                      Darren C. Beatty, OSB No. 100748
                                      Email: dbeatty@davisrothwell.com
                                      Of Attorneys for Defendant American Insurance Company

Page 2   **DEFENDANT AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED ON TWO-YEAR CONTRACTUAL LIMITATION PROVISION**
L:\13\HOUSING NORTHWEST\Pld\Federal Court\MSJ\Motion Summary Judgment.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422   F (503) 222-4428